UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS M. ROMERO, SR., individually and on behalf of J.R., a minor,<br><br>         Plaintiff,<br><br>    -against-<br><br>BERNADETTE SMALLS, Patient Representative of Patient Relations; SARAH BETH LARDIE, Executive Director of Bellevue Hosp., MARGARET McHUGH M.D.; DR. CATAPANO, Pediatric Dental Department Supervisor;<br><br>         Defendants. | 23-CV-3706 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 28, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 28, 2023
    New York, New York

                 /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
           Chief United States District Judge